**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** 2/13/2018 | **Time:** 1:19pm-2:17pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 17-cv-05556-YGR | **Case Name:** Supercell Oy v. GREE, Inc., et al. | |

**Attorney for Plaintiff:** Bryan Kohm; Michael Sacksteder and Geoff Miller
**Attorney for Defendant:** Yar R. Chaikovsky; David Okano and Phillip Ou

**Deputy Clerk:** Frances Stone          **Court Reporter:** Leo Mankiewicz

### PROCEEDINGS

Defendants, Funzio Games, Inc., Gree, Inc., Gree International Entertainment, Inc's Motion to Dismiss for failure to State a Claim [Dkt. no. 26]- HELD and SUBMITTED after Supplemental briefs filed.

Initial CMC- Deferred to 3/26/18

Initial Case Management Conference set for 3/26/18 at 2:00pm. NO updated CMC statement will be required.

Supplemental briefs, 5 pages for each side as to Berkheimer case are to be filed by 2/20/18

**Order to be prepared by: Court**