MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

GEOFFREY MILLER (CSB No. 308676)
gmiller@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for Plaintiff
SUPERCELL OY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERCELL OY, <br><br> Plaintiff, <br><br> v. <br><br> GREE, INC., GREE INTERNATIONAL ENTERTAINMENT, INC., and FUNZIO GAMES, INC., <br><br> Defendants. | Case No. 4:17-cv-05556-YGR <br><br> **SUPERCELL OY'S ANSWER TO DEFENDANTS' COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Supercll Oy ("Supercell") hereby replies to the Counterclaims of Defendants GREE, Inc. and Funzio Games, Inc. (collectively "GREE" or "Defendants") as follows:

**PARTIES**

1.  Supercell admits that GREE, Inc. purports to be a Japanese corporation with its principal place of business at 6-10-1 Roppongi, Roppongi Hills Mori Tower Minato-Ku, Tokyo, Japan.

2.  Supercell admits that Funzio Games, Inc. purports to be a Delaware corporation

3.  Supercell admits that Supercell Oy is a corporation organized under the laws of Finland, with a principal place of business at Itämerenkatum 11-13, Helsinki, Uusimaa, 00180, Finland.

**JURISDICTION AND VENUE**

4.  Supercell lacks sufficient information to admit or deny the allegations contained in paragraph 4 of the Counterclaims and therefore denies them.

5.  Supercell admits that this Court has subject matter jurisdiction with respect to Defendants' counterclaims pursuant to Title 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

6.  Supercell admits that it has submitted to the personal jurisdiction of this Court by bringing this action for infringement of the Supercell Patents-in-Suit against Defendants.

7.  Supercell admits that venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

**GENERAL ALLEGATIONS**

8.  Supercell admits the allegations in paragraph 8 of the Counterclaims.

9.  Supercell admits that it has accused Defendants of directly and/or indirectly infringing one or more claims of the '520 patent. Supercell admits that Defendants allege that they deny infringing the '520 patent and believe that the '520 patent is invalid and/or unenforceable.

# FIRST COUNTERCLAIM

## (Declaration of Non-Infringement of U.S. Patent No. 9,104,520)

10. Supercell incorporates by reference its responses to the allegations contained in paragraphs 1-9.

11. Supercell admits that an actual case or controversy exists between the parties and that this controversy is ripe for adjudication by this Court.

12. Supercell denies the allegations in paragraph 12.

13. Supercell denies the allegations in paragraph 13.

14. Supercell denies the allegations in paragraph 14.

# SECOND COUNTERCLAIM

## (Declaration of Invalidity of U.S. Patent No. 9,104,520)

15. Supercell incorporates by reference its responses to the allegations contained in paragraphs 1-14.

16. Supercell admits that an actual case or controversy exists between the parties and that this controversy is ripe for adjudication by this Court.  Supercell denies that Defendants' Counterclaims have any merit.

17. Supercell denies the allegations in paragraph 17.

18. Supercell denies the allegations in paragraph 18.

# PRAYER FOR RELIEF

Supercell denies that Defendants are entitled to any relief requested or to any relief whatsoever.  Supercell denies all averments in the counterclaims that have not been specifically admitted in paragraphs 1-18 above.

# JURY DEMAND

The unnumbered paragraph of the Counterclaims containing Defendants' jury demand does not require a response.

**GENERAL DENIAL**

Supercell denies that Defendants are entitled to judgment, or any such other relief, from the Court or from Supercell. By way of further answer, Supercell denies all other allegations or averments contained in the Counterclaims that are not otherwise expressly admitted herein.

Dated: June 7, 2018

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder

Attorneys for Plaintiff
Supercell OY