# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUPERCELL OY,**<br>Plaintiff,<br>vs.<br>**GREE, INC., ET AL.,**<br>Defendants. | CASE NO. 17-cv-05556-YGR<br><br>**ORDER GRANTING MOTION TO STRIKE**<br>Re: Dkt. Nos. 68, 74 |

On July 31, 2018, the Court heard oral argument on defendants' motion to strike plaintiff's infringement contentions, which was fully briefed. (Dkt. Nos. 68, 69, 70.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, defendants' motion to strike is **GRANTED** with leave to amend. Plaintiff **SHALL** serve on defendants its amended infringement contentions no later than **Friday, August 31, 2018**.[1] Accordingly, and as stated on the record and confirmed herein, the joint discovery letter brief submitted by plaintiff (Dkt. No. 74) is **DENIED AS MOOT**.

This Order terminates Docket Numbers 68 and 74.

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] As stated on the record, parties **SHALL** submit to the Court their proposed adjusted pretrial schedule. Parties **SHALL** submit said schedule no later than **Friday, August 3, 2018**.