MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
LAUREN E. WHITTEMORE (CSB No. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

GEOFFREY MILLER (CSB No. 308676)
gmiller@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiff
Supercell Oy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Supercell Oy, <br><br> Plaintiff, <br><br> v. <br><br> GREE, Inc., GREE International Entertainment, Inc., and Funzio Games, Inc. <br><br> Defendants. | Case No.: 4:17-cv-05556-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AND ENTRY OF JUDGMENT** <br><br> Judge: Honorable Yvonne Gonzalez Rogers |

Plaintiff Supercell Oy ("Supercell) and Defendants GREE, Inc., GREE International Entertainment, and Funzio Games, Inc. (collectively, "GREE") hereby stipulate as recited below and jointly request that the Court enter the attached [Proposed] Stipulated Judgment.

WHEREAS on September 25, 2017, Supercell filed a Complaint for patent infringement against GREE (Dkt. No. 1);

WHEREAS Supercell alleged in its Complaint that GREE infringed U.S. Patent Nos. 9,106,449 (the "'449 patent") (Count I) and 9,104,520 (the "'520 patent") (Count II);

WHEREAS on December 26, 2017, GREE moved to dismiss the Complaint under Fed. R. Civ. Pro. 12(b)(6) on the ground that the asserted patents are not patent eligible under 35 U.S.C. § 101 (Dkt. No. 26);

WHEREAS on April 3, 2018, the Court granted the motion with regard to the '449 patent and denied the motion with regard to the '520 patent (Dkt. No. 47);

WHEREAS on May 17, 2018, GREE filed an answer to Supercell's Complaint and asserted defenses and counterclaims seeking a declaration of non-infringement and invalidity of the '520 patent (Dkt. No. 65);

WHEREAS on September 27, 2018, the parties notified the Court that they had reached an agreement in principle and requested a stay of all deadlines in this action while working to finalize a settlement agreement (Dkt. No. 81);

WHEREAS the parties to this action stipulate to the dismissal without prejudice of all claims, counterclaims, and defenses regarding the asserted '520 patent, which are the only remaining active claims in this case;

WHEREAS the parties stipulate and request that the Court enter a final judgment with respect to its dismissal of Count I of the Complaint alleging patent infringement of the '449 patent;

WHEREAS the parties agree that Supercell preserves its right to appeal the Court's order finding the '449 patent not patent eligible under 35 U.S.C. § 101;

/ / /

/ / /

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by Supercell and GREE as follows:

1. Supercell and GREE, acting through counsel, stipulate, in consideration of a negotiated settlement executed by them, to the dismissal without prejudice of all claims, counterclaims, and defenses regarding the asserted '520 patent, with each party to bear its own attorney's fees and costs incurred in the above-captioned action in connection with the prosecution or defense of all claims, counterclaims, and defenses regarding the asserted '520 patent;

2. Supercell and GREE stipulate and request that the Court enter a final judgment with respect to its dismissal of Count I of the Complaint alleging patent infringement of the '449 patent; and

3. Supercell preserves its right to appeal the Court's order granting GREE's motion for summary judgment on the ground of patent ineligibility regarding the '449 patent under Section 101.

Agreed to and accepted by:

Dated: February 11, 2019  FENWICK & WEST LLP

By: /s/ Michael J. Sacksteder
    Michael J. Sacksteder
    Attorneys for Plaintiff
    Supercell Oy

Dated: February 11, 2019  KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Steven D. Moore
    Steven D. Moore
    Attorneys for Defendants
    GREE, Inc., GREE International
    Entertainment, Inc., and Funzio Games, Inc.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: February 11, 2019      By : */s/ Michael J. Sacksteder*
                                  Michael J. Sacksteder

**[PROPOSED] ORDER**

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED as follows:

1. Count II of Plaintiff Supercell Oy's Complaint is DISMISSED WITHOUT PREJUDICE.
2. Defendants' First Counterclaim seeking a declaration of non-infringement of the '520 patent and Second Counterclaim seeking a declaration of invalidity of the '520 patent are DISMISSED WITHOUT PREJUDICE.
3. Judgment will be entered in favor of Defendants on Count I of Supercell's Complaint.
4. Nothing in this Order shall be interpreted as precluding Supercell from appealing the Court's order granting GREE's motion for summary judgment on the ground of patent ineligibility regarding the '449 patent under Section 101.

IT IS SO ORDERED

Dated: February 12, 2019

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge